

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2021

No. 04-20-00340-CV

**IN THE INTEREST OF A.R., JR., A CHILD,**

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-03-14124-ZCV
Honorable Maribel Flores, Judge Presiding

## O R D E R

Appellant appeals the trial court's termination of his parental rights. Appellant's court-appointed counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has also filed a motion to dismiss/withdraw.

We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill his ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.).

Appellant's counsel has provided this court with a copy of a letter he sent to appellant. The letter indicates that counsel informed appellant of the *Anders* brief and the accompanying motion, gave him copies of these documents, and advised appellant of his rights. However, the letter does not show that counsel fully complied with *Anders* procedures as articulated in *Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Specifically, the letter does not show that counsel supplied appellant "with a form motion for pro se access to the appellate record … to be filed within ten days, so that [appellant] may timely effectuate [his right to the record], if he so chooses." *See Kelly*, 436 S.W.3d at 320.

Therefore, counsel is ORDERED to prepare and send to appellant, **on or before March 29, 2021**, a form motion for pro se access to the appellate record with a letter explaining the motion's purpose and providing appellant with this court's address. *See id*. Counsel is FURTHER ORDERED to file copies of the motion and the letter with the clerk of this court **on or before March 29, 2021**.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2021.

MICHAEL A. CRUZ, Clerk of Court